1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11   GUSTAVO BELTRAN DIAZ,                    )   Case No. SA CV 16-1993-GW (SP)
                                              )
12                        Petitioner,         )
                                              )   **ORDER ACCEPTING FINDINGS AND**
13                   v.                       )   **RECOMMENDATION OF UNITED**
                                              )   **STATES MAGISTRATE JUDGE**
14   JOE LIZARRAGA, Warden,                   )
                                              )
15                        Respondent.         )
                                              )
16   _____          )
17

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

19   file, and the Report and Recommendation of the United States Magistrate Judge.

20   Petitioner has not filed any written Objections to the Report within the time

21   permitted.  The Court accepts the findings and recommendation of the Magistrate

22   Judge.

23          IT IS THEREFORE ORDERED that Judgment will be entered denying the

24   Petition and dismissing this action with prejudice.

25

26   DATED:  August 10, 2020                  _____
                                              *George H. Wu*
27                                            HONORABLE GEORGE H. WU
                                              UNITED STATES DISTRICT JUDGE
28