JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GUSTAVO BELTRAN DIAZ,            )   Case No. SA CV 16-1993-GW (SP)
                                )
                 Petitioner,    )
                                )
        v.                      )   **JUDGMENT**
                                )
JOE LIZARRAGA, Warden,          )
                                )
                 Respondent.    )
_____ )

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: August 10, 2020

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE